IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MALACHI Z YORK,                                    *

              Petitioner,              *

v.                                                                    Case No.  5:25-cv-00507-CAR-CHW

                                   *

MACON COUNTY POLICE DEPARTMENT,     *

              Respondent.            *

_____     *

## J U D G M E N T

Pursuant to this Court's Order dated 12/18/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 22nd day of December, 2025.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk